JOE OSWALD v. THE STATE.

No. 3035.  Decided February 25, 1914.

Rehearing denied March 18, 1914.

**Carrying Pistol—Recognizance—Variance.**

Where, upon appeal from a conviction of unlawfully carrying a pistol the recognizance was defective, the appeal must be dismissed; besides, there was no variance in the date of the offense as contended for.

Appeal from the County Court of Bowie.  Tried below before the Hon. Lee Tidwell.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

*F. M. Brooks* and *E. N. Spivey,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of unlawfully carrying a pistol, and his punishment assessed at a fine of $100.

The recognizance in this case is insufficient in law to confer jurisdiction on this court, and the case must, therefore, be dismissed, but if it was properly before us there is no ground in the motion for a new trial that would authorize a reversal of the case.  There is no variance in the date of the offense in the complaint and information and the date as stated in the charge of the court as contended by appellant, in the record before us.

The appeal is dismissed.

*Dismissed.*

[Rehearing denied March 18, 1914.—Reporter.]